# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

JOEY COMBS and JANICE COSEY,          Case No.25-cv-11542-TGB
Individuals,                             Hon. Terence G. Berg

       Plaintiffs,

v.


SHINDEL, ROCK & ASSOCIATES, P.C., a domestic
professional corporation, SERVICE EMPLOYEES INTERNATIONAL UNION
and its AFFILIATED LOCAL SEIU LOCAL 517M,
a labor organization, and SEIU EMPLOYEES INTERNATIONAL
UNION EXECUTIVE VICE PRESIDENT NEAL BISNO,
SEIU LOCAL 517M PRESIDENT GREG MERRICLE,
SEIU LOCAL 517M DIVISIONAL VICE PRESIDENT
BARBARA RASCHE, SEIU LOCAL 517M DIVISIONAL
VICE PRESIDENT YOLANDA JOHNSON, SEIU LOCAL
517M DIVISIONAL VICE PRESIDENT CARMELLA
JOHNSON, SEIU LOCAL 517M DIVISIONAL VICE
PRESIDENT BRAD LASKOSKY, SEIU LOCAL 517M
DIVISIONAL VICE PRESIDENT RODERICK JACKSON,
and SEIU LOCAL 517M LEGAL REPRESENTATIVE
JEFFREY DONAHUE, SEIU LOCAL 517M OFFICE MANAGER/ETHICS
LIAISON ASHLEY KONYHA, individuals,

       Defendants.
_____/
Eric I. Frankie (P47232)
Attorney for Plaintiffs
535 Griswold St., Suite 111-542
Detroit, MI 48226
(248) 219-9205
ericfrankie26@yahoo.com
_____/

1

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FRCP 41(a)(1)(A)**

NOW COME Plaintiffs Joey Combs and Janice Cosey, by and through their

attorney Eric I. Frankie, and hereby voluntarily dismiss this action without

prejudice pursuant to FRCP 41(a)(1)(A).

                                                     Respectfully submitted,

Dated: October 9, 2025                   By:____/s/Eric I. Frankie_____
                                            Eric I. Frankie (P47232)
                                            Attorney for Plaintiffs
                                            535 Griswold, Suite 111-542
                                            Detroit, MI 48226
                                            (248) 219-9205
                                            ericfrankie26@yahoo.com

**CERIFICATE OF SERVICE**

I, Eric I. Frankie, hereby certify that on October 9, 2025, the foregoing
instrument were served on all counsel of record by electronic filing with the
Court's ECF filing system.

                                                      _____/s/Eric I. Frankie_____